UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A<small>DDIE</small> S<small>ALTER</small>

      P<small>LAINTIFF</small>,

                                    C<small>ASE</small> N<small>O</small>.      05-71146

V.

                                    H<small>ONORABLE</small> A<small>RTHUR</small> J. T<small>ARNOW</small>

C<small>OMMISSIONER OF</small> S<small>OCIAL</small> S<small>ECURITY</small>,        U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> J<small>UDGE</small>

      D<small>EFENDANT</small>.                           M<small>AGISTRATE</small> J<small>UDGE</small> W<small>ALLACE</small> C<small>APEL</small>, J<small>R</small>.
                                      /

**ORDER ADOPTING THE MAGISTRATE'S REPORT AND <u>RECOMMENDATION</u>
[D/E # 15]**

      The Court having reviewed the Magistrate Judge's Report and Recommendation filed on January 31, 2006, as well as the administrative record,

      **IT IS HEREBY ORDERED** that the Report is accepted and entered as the findings and conclusions of this Court. As a result, the Plaintiff's Motion for Summary Judgment [D/E # 11] is **GRANTED IN PART**, Defendant's Motion for Summary Judgment [D/E # 14] is **DENIED**, and the case is **REMANDED** for proceedings consistent with the Magistrate's Report.


                                          <u>s/Arthur J. Tarnow</u>
                                          Arthur J. Tarnow
                                          United States District Judge

Dated:  March 13, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 13, 2006, by electronic and/or ordinary mail.

                                          <u>s/Theresa E. Taylor</u>
                                          Case Manager